ALBANY,
August, 1820.

FAULKNER
v.
M'CLURE.

---

FAULKNER <i>against</i> M'CLURE and others.

A defendant *non compos mentis*, but of full age, and not an *idiot* from nativity, may appear by *attorney;* and the Court, on motion, will appoint an attorney for him.

P. RUGGLES, for the plaintiff, moved that *Stephen Jackson* and *Wheeler Case*, attorneys of this Court, be appointed attorneys to plead and defend in this cause, in behalf of *William M·Clure*, and *Nancy M·Clure*, two of the defendants, who were *non compos mentis*, but not idiots from nativity, and were of full age. He read an affidavit, stating that *Jackson* and *Case* had given notice of retainer for one of the defendants, and that they were willing to appear for the said *William* and *Nancy*. He stated, that he did not known of any adjudged case, which determined the rule of practice in such a case ; except what is said by Lord *Coke*, in *Beverly's case*, (4 Co. 124. *b.*) that " an idiot, in an action brought against him, shall appear in proper person, and he who pleads best for him, shall be admitted, as appears in 33 Hen. VI. 18 *b*. Otherwise, it is of him who becomes *non compos mentis*, for he shall appear by *guardian*, if he is within age, and by *attorney*, if he is of full age."

*Per Curiam.* This Court has no settled rule of practice, in a case like the present ; but we see no objection to granting a rule that the attorneys who have been named, appear and defend for the defendants, stated in the affidavit to be of unsound mind and of full age.

Rule granted.(a)

(a) Vide 1 *Collinson on Lunacy*, 341. s. 10, 11, 12, 13. p. 342. s. 15. If an idiot has irregularly appeared, and defended an action by attorney, it cannot be assigned for error. 2 *Saund.* 336. The Court of K. B. will not discharge a defendant from custody, on common bail, on the ground of his being insane at the time of his arrest, or had become so afterwards. *Kernot* v. *Norman*, 2 *Term Rep.* 390. *Nutt* v. *Verney*, and others, 4 *Term Rep.* 121.